IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JIM BROWN                                                                                       PLAINTIFF

V.                                                          CAUSE NO.:  1:18-CV-194-SA-DAS

CESAR DEL POZO                                                                         DEFENDANT

ORDER OF DISMISSAL WITH PREJUDICE

Presently before the Court is the Plaintiff's and Defendant's joint motion to dismiss and joint stipulation [22].

The Court finds the joint motion to dismiss and joint stipulation [22] to be well taken.

ACCORDINGLY, it is hereby ORDERED that this matter shall be, and hereby is, dismissed with prejudice pursuant to the terms and conditions of the parties' confidential settlement agreement, with the parties to bear their own respective costs, attorney's fees, and other expenses.

It is further ORDERED, in accordance with the parties' joint motion to dismiss and joint stipulation [22] that upon dismissal, this Order shall be transmitted to the Circuit Court of Clay County, Mississippi, that the parties shall then forthwith file their joint motion to dismiss with prejudice and an agreed order of dismissal with prejudice in the matter of *Jim Brown v. Cesar Del Pozo*, Clay County Circuit Court Case Number 13CI:17-cv-00132, so that said case may be dismissed with prejudice by the Clay County Circuit Court in accordance with the parties' confidential settlement agreement. This case is CLOSED.

It is SO ORDERED, this the 4th day of June, 2019.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE